United States Bankruptcy Court
For the Eastern District of Pennsylvania

In re:                                  :       Chapter 13
 DANIELLE J.   BRANDON
                                        :

Debtor(s)                               :       Bky. No.  0511741


CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL

 AND NOW comes William C. Miller, Esquire, Chapter 13 standing trustee, and requests that the above-captioned bankruptcy case be dismissed for the following reason(s):

Debtor(s) has/have failed to commence or continue making timely payments to the trustee as required by 11 U.S.C. Section 1326.


    The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties, by announcement of such adjournment in Court on the date scheduled for the hearing or continued hearing.

    WHEREFORE, William C. Miller, Esquire, Chapter 13 standing trustee, respectfully requests that the Court, after a hearing, enter an Order in the form annexed hereto, dismissing this bankruptcy case.

                                Respectfully submitted,

                                /S/  William C. Miller
                                _____
                                William C. Miller, Esquire
                                Chapter 13 Standing Trustee